UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,

      - against -

CLARICE SAW,

               Defendant.

**ORDER**

23 Civ. 6573 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The parties jointly request an extension to their deadlines to complete discovery.

(See Dkt. No. 23)  Deadlines are extended as follows:

(1) The parties must complete fact discovery no later than **March 22, 2024**.

(2) Parties seeking to make post-discovery dispositive motions should submit a letter to the Court in accordance with Rule 4(A) of the Court's Individual Practices by **April 15, 2024.**  Opposition letters are due by **April 22, 2024**.

(3) The next pre-trial conference scheduled for February 29, 2024, is **adjourned to April 4, 2024, at 10:30 a.m.**

Dated:  New York, New York
        February 14, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge